## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**CORNELL D. STOWERS, SR.**                                                           **PLAINTIFF**
**ADC #183981**

**V.**                                            **CASE NO. 4:25-cv-01241-JM**

**CINDY RICHARDSON, Judge, Arkansas**
**Parole Board and WILLIE HORACE,**
**Parole Officer, North Little Rock**                                      **DEFENDANTS**

### ORDER

When plaintiff Cornell Stowers filed this lawsuit, he was in custody at the Omega Center, a unit of the Arkansas Division of Correction. (Doc. 2). Before the Court could screen his Complaint, Stowers noticed the Court of his impending release. (Doc. 3). On March 2, 2026, this Court entered a show cause Order to require Stowers to inform the Court of his current contact information within 30 days of entry of the order. (Doc. 4). That Order was mailed to Stowers but was returned undeliverable. (Doc. 5). As of the date of this Order, Stowers has not complied with or otherwise responded to the Court's March 2, 2026, and the time for doing so has passed. Accordingly, the Court dismisses without prejudice Stower's complaint for failure to prosecute. (Doc. 2). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Order and the accompanying judgment would not be in good faith.

IT IS SO ORDERED this 14th day of April, 2026.


_____
UNITED STATES DISTRICT JUDGE