**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CORNELL D. STOWERS, SR.**                                                    **PLAINTIFF**
**ADC #183981**

**V.**                              **CASE NO. 4:25-cv-01241-JM**

**CINDY RICHARDSON, Judge, Arkansas**
**Parole Board and WILLIE HORACE,**
**Parole Officer, North Little Rock**                              **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and

adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ORDERED this 14th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE